THE CITY OF CHICAGO, Plaintiff-Appellant, *v.* MICHAEL STEIGER *et al.,*
Defendants-Appellees.

(No. 54390;

First District—November 6, 1972.

*Rehearing denied December 5, 1972.*

Opinion by Mr. JUSTICE LYONS.

Richard L. Curry, Corporation Counsel, of Chicago, (Marvin E. Aspen
and Daniel Pascale, Assistant Corporation Counsel, of counsel,) for ap-
pellant.

Maurice J. Nathanson, of Chicago, (Ronald S. Cope, of counsel,) for
appellees.